UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:18-CR-279 AGF |
| vs. | ) |
| | ) |
| BRIJ R. VAID, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO LETTERS FILED ON DR. VAID'S BEHALF WITHOUT APPROVAL OF COUNSEL**

Dr. Vaid's counsel notes that three letters were sent to the Court, unbeknownst to counsel, which indicate Dr. Vaid should be given probation so that he may provide voluntary medical services at various St. Louis clinics (Doc 286). This pleading is being submitted to assure the Court that Dr. Vaid is not seeking from the Court a sentence of less than 21 months. The Government and Dr. Vaid entered a plea agreement with a recommended range of 21 to 27 months in prison. Dr. Vaid is not asking for any sentence outside that range.

Dated: February 26, 2020

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ James G. Martin*
James G. Martin, #33586MO
John D. Comerford, #60164MO
James B. Martin, #70219MO
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jmartin@dowdbennett.com
jcomerford@dowdbennett.com
jbmartin@dowdbennett.com

*Attorneys for Defendant Brij R. Vaid*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020 the foregoing was filed using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

*/s/ James G. Martin*
